DANIEL G. BOGDEN
United States Attorney
SUE FAHAMI
Assistant United States Attorney
100 West Liberty Street, Suite 600
Reno, Nevada 89501
Tel: (775)784-5438
FAX: (775) 784-5181

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:04-CR-00047-LRH-RAM |
| Plaintiff, ) | |
| v. ) | **GOVERNMENT'S OPPOSITION TO DEFENDANT'S PETITION TO SEAL RECORDS** |
| LENORE LENA ROGERS, ) | |
| Defendant. ) | |

Comes now, the UNITED STATES OF AMERICA, by and through DANIEL G. BOGDEN, United States Attorney, and SUE FAHAMI, Assistant United States Attorney, and respectfully requests this Honorable Court deny defendant's Petition to Seal Records.

The defendant requests the records pertaining to the conviction she obtained in 2005, for the offense of Tampering with a Witness, in violation of Title 18, United States Code, Section 1512(d)(4), be sealed pursuant to Nevada Revised Statutes. The Government opposes the sealing of such documents based on State law. The defendant has not cited to any Federal authority supporting the sealing of such records.

/ / /

/ / /

/ / /

      Based on the forgoing, the Government recommends that this Court deny defendant's Petition to Seal Records.

Dated this 25th day of February, 2011.

                                            Respectfully submitted,

                                            DANIEL G. BOGDEN
                                            United States Attorney

                                            SUE FAHAMI
                                            Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:04-CR-00047-LRH-RAM |
| v. | ) CERTIFICATE OF SERVICE |
| LENORE LENA ROGERS, | ) |
| Defendant. | ) |

I, certify that the foregoing GOVERNMENT'S OPPOSITION TO DEFENDANT'S PETITION TO SEAL RECORDS was electronically filed and that service will be accomplished to the following individuals by U.S. Mail:

Lenore Lena Rogers
8405 Mission Road
Fallon, NV  89406

DATED: February 25, 2011

_____
Liz Pantner

3