UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES, )<br>             Plaintiff, )<br>v. )<br>LENORE LENA ROGERS, )<br>             Defendant. ) | 3:04-CR-0047-LRH-RAM<br><br>ORDER |

Before the court is defendant Lenore Lena Rogers's ("Rogers") motion to seal her federal criminal records. Doc. #28.[1] The United States has filed an opposition to the motion. Doc. #29.

On January 1, 2005, Rogers plead guilty to a single count of tampering with a witness in violation of Title 18, United States Code, Section 1512(d)(4), and was sentenced to a two (2) year term of probation. Rogers now requests the court seal her federal criminal conviction pursuant to Nevada Revised Statutes sections 179.245 and 179.255. *See* Doc. #28.

The court has reviewed the documents and pleadings on file in this matter and finds that Rogers's motion to seal her federal conviction is without merit. Rogers's federal criminal conviction cannot be sealed under Nevada state law. *See* NRS 179.245 (relating to sealing state convictions). Further, Rogers has failed to provide any federal statute or legal authority supporting

---

[1] Refers to the court's docketing number.

1 her request to seal her conviction. Therefore, the court finds that there is no basis to seal Rogers's
2 conviction for tampering with a witness in violation of Title 18, United States Code,
3 Section 1512(d)(4), and shall deny her motion accordingly.

5     IT IS THEREFORE ORDERED that defendant's motion to seal criminal records
6 (Doc. #28) is DENIED.
7     IT IS SO ORDERED.
8     DATED this 28th day of June, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2